UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>ANA M. GUZMAN-VEGA<br>Defendant | Court No. 97-cv-2448(RLA) |

**NOTICE TO THE COURT**

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Judgment entered in this case on January 29, 1998, has been satisfied by the defendant.

In San Juan, Puerto Rico this __8th__ day of __August__, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

S/ REBECCA VARGAS VERA-203307
Assistant U.S. Attorney
350 Carlos Chardon Street
Torre Chardon Bldg, Rm 1201
Hato Rey, Puerto Rico 00918
Tel. (787)766-5656